AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Mark Rolfsema
30 Railroad Street, Apartment BB126
Andover, Massachusetts

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1128-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ September 23, 2004 _____ in _____ Essex _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

knowingly possessed one or more books, magazines, periodicals, films, videotapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct, and such visual depictions being of such conduct.

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2252(a)(4)(B) _____.

I further state that I am a(n) _____ Special Agent, FBI _____ and that this complaint is based on the following
                                                        Official Title

facts:

See Attached Affidavit

I have reviewed the images described in the attached affidavit, and find that there is probable cause to believe that they depict minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

_Judith Gail Dein_
Judith Gail Dein
United States Magistrate Judge

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

9/26/04
Date

Judith Gail Dein
United States Magistrate Judge
Name & Title of Judicial Officer

Boston, Massachusetts
City and State

_Judith Gail Dein_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.