# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:** Andover     **Category No.** II     **Investigating Agency** FBI

**City** Andover

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  04M-1121-JGD
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Mark Rolfsema     Juvenile [ ] Yes [x] No

**Alias Name**

**Address** 30 Railroad Street, Apartment BB126, Andover, MA

**Birth date (Year only):** 1952   **SSN (last 4 #):** 6310   **Sex** m   **Race:**   **Nationality:** U.S.

**Defense Counsel if known:** Richard Brederson     **Address:** Faye Law Assoc., 917 Resevoir Ave, Cranston, RI 02910

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Dena T. Sacco     **Bar Number if applicable** _____

**Interpreter:** [ ] Yes [x] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [x] No

[x] Warrant Requested     [ ] Regular Process     [ ] In Custody

## Location Status:

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [x] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [1] Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 26, 2004     **Signature of AUSA:** /s/ Dena Sacco

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Mark Rolfsema

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**