UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                        CASE NO.: 04M-1128-JGD

MARK ROLFSEMA

### ENTRY OF APPEARANCE

NOW COMES Richard P. Brederson, in the above-captioned case, and does hereby enter his appearance on behalf of the Defendant in this matter.

> Defendant,
> By and through his attorney,
>
> _[signature]_
>
> Richard P. Brederson
> BREDERSON LAW CENTER
> 950 Smith Street
> Providence, RI 02908
> B.B.O. No.: 650509
> (401) 228-8110

### CERTIFICATION

I, the undersigned, do certify that a true copy of the within Entry of Appearance was mailed and faxed to the U.S. Attorney's office, 617-748-3951, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on this _30th_ day of _November_, 2004.

_[signature]_